**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

God Loren Lyle Zemple,                                    Civil No. 12cv01877 JNE/JJK

     Plaintiff,

v.                                                                          **ORDER**

United States Federal Government, et
al.,

     Defendants.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated August 10, 2012.   No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2.   This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 19, 2012

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge